JOHN P. IANNOTTI *v.* ADAH C. TURNER

ANTHONY CAPARELLI *v.* ADAH C. TURNER

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied.

*John C. Kucej,* in support of the petition.
*David E. Koskoff,* in opposition.

Submitted August 25—decided September 24, 1975

EDWARD WILLAMETZ *v.* HYMAN GOLDFELD

The plaintiff's application to permit Attorney J. Francis Hayden of the New York bar to appear pro hac vice is granted to the extent that Attorney Hayden is granted permission to participate in writing briefs and presenting argument in this court in the appeal from the Superior Court in Hartford County, provided that all briefs are cosigned, and presented to this court by Connecticut counsel, who assume full responsibility for their contents, and argument is presented subject to the presence and responsibility of Connecticut counsel.

*William D. Shew,* in support of the motion.

Submitted August 25—decided September 24, 1975

RALPH WEBBER ET AL. *v.* TOWN OF MONROE

The plaintiffs' motion dated August 22, 1975, to review the trial court's ruling on a motion to terminate the stay of execution in the appeal from the Superior Court in Fairfield County is granted and the relief sought therein is denied.

*Michael P. A. Williams,* in support of the motion.